UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claimant id/contd w/
Ferrick v. Spotify each,
No Docket Assigned

Christie Lynn Gilbert

Write the full name of each plaintiff.

17CV 7963

(Include case number if one has been assigned)

-against-

(Spotify Publishing settlement co)
Spotify website - c/o GCG Garden City Garden LLC
MCM - Music City Music records
Any attempted profiters of my copyright Unknown to me

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

[margin note: 2nd time filing out to be filed in/to be sued/assessed]

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

→ other side →

Identity defamation - pretending to be me. Copyright Infringement, Life Devaluing, Publishing it self without my permission. Use of works of Art Lyrics, without my Knowledge, being used. World wide pretense. Use of my Legal Exact name. Fraud. I'm Id theft Fraud Victim with Harm to my life situation past. Not allowing me Employment for years. Civil Rights, False advertising & Fraud of Opportunity (menu) they did as they chose alone not caring to my requests. bot money (Unknown Scam & Fraud exact amounts reported. below is my money order number) Id theft sx the copy ones Libel Act Copyright _____ The 9 Nights North America if using scamming or using...

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                  (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

**If the defendant is an individual:**

The defendant, __Jim Housed__ (mcal), is a citizen of the State of
(Defendant's name)

__then Tennessee (a time I have an__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

*Handwritten margin notes:* a) 10/20 proposed Settlement of my work 2017 / No co ? Garden City Garden / Not sure if they are same or connected / Tennessee State / now GCG I don't know claim from of these actions*

**If the defendant is a corporation:**

The defendant, _____, is incorporated under the laws of

the State of __Tennessee__

and has its principal place of business in the State of __Tennessee__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Christie__   __L__   __Gilbert__
First Name   Middle Initial   Last Name

__1036 Polk Co. Line Rd,__
Street Address

__Polk Co.__   __Rutherfordton__   __NC__   __28139__
County, City   State   Zip Code

_____   __Working34@yahoo.com__
Telephone Number   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name / Last Name: Spotify USA Inc c/o GCG
Current Job Title (or other identifying information): Publishing Settlement Inc
Current Work Address (or other address where defendant may be served): PO Box 10371
County, City: Dublin, Ohio   State / Zip Code: 43017-5571

Defendant 2:
First Name / Last Name: Spotify USA Inc (website)
Current Job Title (or other identifying information):
Current Work Address: 45 W 18th St, 7th Floor
County, City: NY   State: NY   Zip Code: 10011

Defendant 3:
First Name / Last Name: Music City Music Records
Current Job Title (or other identifying information): Composer (Jim Houser) - Created demo 7 songs 3870 F my songs
Current Work Address: Song promoted also
County, City: Nashville   State: Tennessee   Zip Code:

Defendant 4: Garden City Garden LLC
First Name / Last Name

Works on Spotify
Current Job Title (or other identifying information)

45 W 18th St, 7th Floor
Current Work Address (or other address where defendant may be served)

NY, NY 10011
County, City / State / Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: NY, NY, Dublin, Ohio
Polk Co, FL - Internet Worldwide Seen

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I received a settlement proposed class action lawsuit forms to state they are streaming & using my songs 2017 on Spotify, I didn't know. Copyright Infringement. Ownership rights broken. I'm Fraud Id theft victim. they used my real Name & Address Artist name/stage name. They may profit off my Works (Songs) 3 audemo 4 written dod 9/10/2017 & They are supposed to be protected Library of Congress if not if they are being published without my written consent. This is witness signature statement. They scammed me 1 time. I report & states cops no cases. Tennessee Nashville cops. www.IC3.gov Internet crime. Washington - no I called. Polk Co. FL - no I called laughed at me.

Page 5

Said its state level. MCM - took my money defamated me - now GCC if so spotify put me at harm today & still life value and no cares. Use without my knowledge. - & Make me out to be something but not worthwide. - Scam & some label is being pd off my work Not fair if they are. No cared to my life or my life value now. or my mother a.D Unsafe putting false out of her as well.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Unemployed years no choice & other

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

As much as you can to help for clean artists to be put out of false so called business practices Stop Spotify MCM or whoever If they can publish false without pd I else's knowledge or care to copyright writers I was amatuer lyricist - MCM did all as they chose I don't twitter with people to talk or gossip to music stars Spotify

9/17/2017

This is a Statement of a witness to the fact that I paid money to MCM, Music City Music Records for their so called Composing of Songs that I wrote as a lyricist, Amatuer Songwriter to Cover Cost of fees to prepare. The Witness saw paid receipts, and also signed papers for them 2009. For Song Protection members Application forms. While she only signed the forms. She knew I paid them Around 85$ a Song (guess) not exact. It stated Money back guarenteed. For 7 Songs. 595$ Guess at last to MCM. (who scammed me) lied to me. Didn't fulfill any Printed text Direct Mail terms, or Replied to his Internet Song writing Contest. (No winner announced) AT Least Cost, "if more" to them.

He or whoever put me at harms path as a fraud Victim Privacy Issues, Using home Address, and Factual Name.

I Don't know Docket # None given to Me. Only Docket # of 2 Cards received of Ferrick v/Spotify. I've never as of today been on the Spotify Website No Contact to them. If so only 1 time to see what it was. I've never Communicated to Singer or so, on Twitter, or using twitter. I live in a Very Country area Communication Interferences at Home address current. No idea of possible what's Stated, or if free viewing, or Audio use of 3 Songs might be done. If Streaming or false Claims of Ownership.

Christie Hillert
1036 Polk Co. line Rd
Rutherfordton NC 28139
(Polk Co.) NC

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10-8-2017
Plaintiff's Signature: Christie Gilbert

First Name: Christie
Middle Initial: L
Last Name: Gilbert

Street Address: 1036 Polk Co Line Rd

County, City: (Polk Co.) Rutherfordton
State: NC
Zip Code: 28139

Telephone Number:
Email Address: working34@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

I don't want electronic communication

*[Envelope image]*

Return address (handwritten):
Katie Gilbert
36 Polk Co. Line Rd
Ruthordton NC 28139

Postmark: CHARLOTTE NC, 28 SEP 2017 PM

Addressed to (handwritten):
United States
Court
Southern district of NY
500 Pearl Street
New York, NY 10007

Stamps: USM P3 SDNY; 1000731316 C014

2nd letter of Fenwick c/o Spotify
c/o GCG
no docket yet given to me
Sent 9/44/2017 1st Applica'
-104 Dated 8/30/2017 Courtney
1:16-CV-8412(AJN)  Uphrent

10/6/2017

My name is Christie Hilbert, 1036 Polk Co. line Rd, Rutherfordton, NC 28139 Polk Co. NC. I have tried to call you 2 or more times. It asked me for a mailbox number, I do not have 1, at the pro Se Intake Unit extension. I didn't leave a message that day. I called another day and left a message to Human Resource extension stating I've sent letters to your address. I received this back bad letter 10/14/2017. It goes to the 1st part Application, that I can't pay for legal service. & Forms & returned letter leading to your Courthouse. I do not as of today have a docket #. The Number of reference to yours Jerick W/ Spotify, as stated. I sent Seperate because its very Relevant to my Comment Giving 2nd place of my currently Liability of Copyright my rights as owner to Spotify they all Streaming, as well the Issue I reported trying

To try don't call Back Cell phone. Thats my #. I have problem with.

Location

to protect my rights & stating before Spotify, I was deemed enough as victim of this same copyright issue. By the so called Composing Company — MCM — Mystic City Music Records (Tennessee). However, my efforts to report to Internet Crime, were not acknowledged. www.ic3.gov Never 1 time (Washington) Then other I took a trip upstate, unknown location in NY, you replied and informed of Pro-se dictate legal help. I hope to these unknown actions which could put me at harm today. They used my real name and home address (current address) and possibly attempting to profit today off of my lyrics and made by cut (works), 9/11/2017 dated. 9/11/2017 dated. 2/04/15 mailed to courthouse. As well put my mother at possible harm as witness, on Sans protective Number forms. Application of (MCM) Music City Music Records their. Tennessee Now NY, Iowa. And I'm a victim of fraud as well false Chapter 16, deprivation

since after finding this out, I have not communicated to Music City Music Records to askspity by Direct Mail or other. Get up leaving he is scam artist & their being told sue the State of Tennessee, if I knew of this then, I would have legal & can't pay as Victim.

10/8/2017

I am a female, & I have a Financial Crisis right now as well don't care for money I see, if a lawsuit is the way, I ask you to stop using to protect my rights. They put my home life at harm, as well my Mother & her home lives at harm. I'm a grand mother Victim & I want what's mine & to live, not be victimized & harmed every day. My personal life is private & well, No 1 allows living as choose, My life almost ended & as well my mothers almost ended. I don't want no contact

They have no business doing whatever I thought was over. Let to be harmed again, by Cap Lowkyer. I struggle to get through the day + I don't know my tomorrow. I can't pay to see Someone. or I would Tennessee them, my mother is on disability, I don't need Cap or harm. Safety & Value & Employer I need. Not to be documented, or Mocked to the whole world. So Someone else on girls I live in Seperate Household of My Mother. Lucky to have 1 day. Don't need harm or her harm. That's no Business of my mothers life Condition This is of the IRS It's here But Puts her at harm to. to protect my words

<div style="writing-mode:vertical-rl;">Maria A Pallante<br>Register of Copyrights of USA</div>

25 songs ① PAu 3-533-689 Oct, 21, 2000

one special moment, in the light

2 songs ② 1 day<br>PAu 3-533-680 Oct 21, 2010

3 song demo ③ Unquestioned Reality, Eternally yours<br>SRu 1-082-405 June 2, 2010

New day, Never Stop, Enduring lasting love

(Library of Congress) (AA)<br>100% copyright ownership America

I live in a small wooded area you have to drive 30 minutes to a small convenience store there is no city, very secluded area my home residence. not big at all. There is no opportunity for female Employment here, I took a chance being unemployed then — I am still now if so I'd theft still I don't like that or No Chance to meet New people, but I don't talk on twitter to do whatever. I don't know anything of Spotify 1 time I looked. Please Reply I don't know what you need. This is my 2nd letter & 2nd Attempt this letter to Court house

ie Gilbert
Polk Co; Line Rd
Goodtown NC 28139

Pro Se

MG

(Clerk) United States
District Court, Southern
District of New York
US Courthouse
500 Pearl St
New York, NY 10007

USM P3
SDNY

1000781316 C014